UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRADLEY W. NOE,

    Petitioner,

v.    CASE NO.  3:13cv647/MCR/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2014.  (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 13) is **GRANTED**.

    3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

    4.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 5th day of September, 2014.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**